MCMANUS, APPELLEE, *v.* EATON CORPORATION, APPELLANT; MAYFIELD, ADMR., APPELLEE.

[Cite as McManus *v.* Eaton Corp. (1989), 43 Ohio St. 3d 611.]

(No. 88-1206—Submitted May 9, 1989—Decided June 14, 1989.)

*Webster M. Lonas, Jr.,* for appellee McManus.

*Willacy & LoPresti* and *Aubrey B. Willacy,* for appellant.

*Anthony J. Celebrezze, Jr.,* attorney general, and *William M. O'Neill,* for appellee Mayfield.

This appeal is dismissed, *sua*

*sponte,* as having been improvidently allowed.

SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., HOLMES and WRIGHT, JJ., separately dissent.

MOYER, C.J., dissenting. I would affirm the judgment of the court of appeals.

HOLMES, J., dissenting. I would reverse the judgment of the court of appeals.